# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM THUL OUK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-09-1062-M |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| JUSTICE EXECUTIVE FOR | ) |
| IMMIGRATION AND | ) |
| NATURALIZATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On October 5, 2009, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's federal rights. The Magistrate Judge recommended that (1) plaintiff's action be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which § 1983 relief may be granted; (2) any request for mandamus relief pursuant to 28 U.S.C. § 1361 be dismissed for failure to state a claim upon which relief may be granted; and (3) this dismissal be counted as a "prior occasion" or strike pursuant to 28 U.S.C. § 1915(g) after plaintiff has exhausted or waived his right to appeal. Plaintiff was advised of his right to object to the Report and Recommendation by October 26, 2009. As receiving a couple of extensions of time, plaintiff has not filed any objections to the Report and Recommendation.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 5, 2009, and

(2) DISMISSES this action pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which § 1983 relief may be granted and DISMISSES any request for

mandamus relief pursuant to 28 U.S.C. § 1361 for failure to state a claim upon which relief may be granted.[1]

**IT IS SO ORDERED this 11th day of January, 2010.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is advised that dismissal of this action pursuant to 28 U.S.C. § 1915A(b) will constitute one "strike" pursuant to 28 U.S.C. § 1915(g) upon affirmance or waiver of his opportunity to appeal.